REMAND/JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-4099-GW-MAAx | Date | June 26, 2019 |
|---|---|---|---|
| Title | U.S. Bank National Association v. Rosemarie Robinson, et al. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS: IN CHAMBERS - REMAND ORDER**

Plaintiff U.S. Bank National Association sued Defendant Rosemarie Robinson in an Unlawful Detainer Action in Ventura County Superior Court. *See* Notice of Removal, Ex. A., Complaint for Unlawful Detainer, Docket No. 1. Defendant removed the action, asserting Federal Question Jurisdiction pursuant to 18 U.S.C. § 1331. *See* Notice of Removal ¶ 3. Defendant contends that Plaintiff's claim is based upon a notice which expressly references and incorporates the "Protecting Tenants at Foreclosure Act of 2009" (the "PTFA"), 12 U.S.C. § 5201. *See id.* ¶ 7.

On June 18, 2019, this Court issued a minute order requiring Defendant to show cause in writing by June 25, 2019 as to why this action should not be remanded for lack of subject matter jurisdiction. *See* Minute Order - Order to Show Cause Re Subject Matter Jurisdiction ("OSC"), Docket No. 8. As observed in the OSC, the Ninth Circuit explicitly held in *Logan v. U.S. Bank N.A.*, that the PTFA does not create a private right of action allowing private citizens to enforce its requirements. *See Logan v. U.S. Bank N.A.*, 722 F.3d 1163, 1169 (9th Cir. 2013). Defendant failed to respond to the OSC. *See generally* Docket.

The Court has an obligation to ensure that subject matter jurisdiction exists before proceeding. *See Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006); *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004). Because Defendant failed to respond to the OSC, and based on the reasons set forth in the OSC, the Court would conclude that Defendant has not demonstrated subject matter jurisdiction. *See* OSC. As such, the Court remands the action to the Ventura County Superior Court and vacates the Scheduling Conference on calendar for June 27, 2019.

|  | : |
|---|---|
| Initials of Preparer | JG |

CV-90 (06/04)                     **CIVIL MINUTES - GENERAL**                     Page 1 of 1